GARY OWEN CARIS (SBN 088918)
e-mail: gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
e-mail: lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Telephone: (213) 688-1000
Facsimile: (213) 243-6330

Attorneys for Permanent Receiver
ROBB EVANS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MX FACTORS, LLC; BBH RESOURCES, LLC; JTL FINANCIAL GROUP, LLC; RICHARD M. HARKLESS; DANIEL BERARDI; THOMAS HAWKESWORTH; and RANDALL W. HARDING,<br><br>Defendants. | CASE NO. EDCV 04-223 VAP (SGLx)<br><br>**ORDER (1) APPROVING FINAL REPORT AND ACCOUNTING; (2) APPROVING FINAL DISTRIBUTION OF RECEIVERSHIP ASSETS; (3) APPROVING RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES FROM AUGUST 1, 2009 THROUGH CLOSING; (4) AUTHORIZING ABANDONMENT AND DESTRUCTION OF RECORDS; (5) DISCHARGING RECEIVER; (6) RELIEVING RECEIVER OF ALL DUTIES AND LIABILITIES; (7) AUTHORIZING THE TURNOVER OF ANY REMAINING FUNDS AFTER THE FINAL DISTRIBUTION TO THE SECURITIES AND EXCHANGE COMMISSION; AND (8) APPROVING THE RECEIVER'S SETTLEMENT WITH SETTLING JUDGMENT DEBTORS**<br><br>DATE: August 29, 2011<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 2 |

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

1

[PROPOSED] ORDER (1) APPROVING FINAL REPORT AND ACCOUNTING; (2) APPROVING FINAL DISTRIBUTION OF RECEIVERSHIP ASSETS; (3) APPROVING RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES ETC.

LA:17857055.1

1     The matter of the Motion for Order (1) Approving Final Report and Accounting; (2) Approving Final Distribution of Receivership Assets; (3) Approving Receiver's Professional Fees and Expenses from August 1, 2009 Through Closing; (4) Authorizing Abandonment and Destruction of Records; (5) Discharging Receiver; (6) Relieving Receiver of All Duties and Liabilities; (7) Authorizing the Turnover of Any Remaining Funds After the Final Distribution to the Securities and Exchange Commission; and (8) Approving the Receiver's Settlements with Settling Judgment Debtors ("Motion") filed by Robb Evans, the permanent receiver ("Receiver") of MX Factors, LLC, BBH Resources, LLC, JTL Financial Group, LLC and their subsidiaries and affiliates ("Receivership Defendants") was submitted on the papers filed before the Honorable Virginia A. Phillips, United States District Judge presiding The Court having reviewed and considered the moving papers, and no opposition to the Motion having been filed, , and good cause appearing therefor,

    IT IS ORDERED that:

1.     The Motion is granted in its entirety;

2.     Without limiting the generality of the foregoing:

    A.     The Receiver's Final Report and Accounting attached collectively to the Declaration of Brick Kane as Exhibit 1 (collectively the "Final Report") is hereby approved;

    B.     The Receiver is authorized to distribute approximately $247,000 to the investor and non-investor approved claimants ("Final Distribution") after payment of all remaining Receiver's administrative and professional expenses;

    C.     All actions and activities taken by or on behalf of the Receiver and all payments made by the Receiver in connection with the administration of the receivership estate are hereby approved and confirmed;

    D.     All receivership administrative expenses, including the Receiver's fees and expenses and those of his professionals incurred in connection with the

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

2

[PROPOSED] ORDER (1) APPROVING FINAL REPORT AND ACCOUNTING; (2) APPROVING FINAL DISTRIBUTION OF RECEIVERSHIP ASSETS; (3) APPROVING RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES ETC.

LA:17857055.1

receivership proceeding, including those previously paid to the Receiver and his counsel, and approving and authorizing payment of all administrative expenses and Receiver's and professionals' fees and expenses for the period from August 1, 2009 through the closing of the receivership estate and the discharge of the Receiver ("Final Expense Period"), as reflected in the Final Report, to the extent any such administrative expenses and Receiver's and counsel's fees and expenses remain unpaid, including Receiver's and counsel's fees and expenses incurred and unpaid for the period from August 1, 2009 through the closing of the estate, are hereby approved and authorized to be paid;

E. The Receiver is authorized to abandon and destroy the records of the Receivership Defendants and any other corporations or businesses under the control of any of the Receivership Defendants in the possession, custody or control of the Receiver unless, within 30 days after service of written notice to plaintiff Securities and Exchange Commission ("SEC"), the Receiver has been served with a written request by the SEC for possession of the records or a subpoena by a law enforcement agency for the records, in which event the Receiver is authorized to turn over the original records to the SEC or a law enforcement agency in response to the request or subpoena;

F. Effective upon the completion of the Receiver's wind up of the estate, payment of administrative expenses and Final Distribution as provided in this Order, the Receiver, his agents, employees, members, officers, independent contractors, attorneys and representatives are: (a) discharged; (b) discharged and released from all claims and liabilities arising out of and/or pertaining to the receivership herein; and (c) relieved of all duties and responsibilities pertaining to the receivership previously established in this action;

G. The Receiver is authorized, to the extent that any receivership funds remain or are recovered after the Final Distribution to the investor and non-investor approved claimants, to turn over any remaining receivership funds to the SEC;

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

3

[PROPOSED] ORDER (1) APPROVING FINAL REPORT AND ACCOUNTING; (2) APPROVING FINAL DISTRIBUTION OF RECEIVERSHIP ASSETS; (3) APPROVING RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES ETC.

LA:17857055.1

1       H.    The Receiver's settlements with the settling judgment debtors
2 identified in Exhibit 1 attached hereto ("Settling Judgment Debtors") are hereby
3 approved; and

4       I.    Upon each Settling Judgment Debtor's full and complete performance
5 of all settlement terms, including without limitation, payment in full of the
6 Settlement Payment by each Settling Judgment Debtor, all such claims, demands,
7 actions and causes of action by the Receiver against the Settling Judgment Debtor
8 shall be deemed satisfied.

DATED: September 29, 2011

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

4

[PROPOSED] ORDER (1) APPROVING FINAL REPORT AND ACCOUNTING; (2) APPROVING FINAL DISTRIBUTION OF RECEIVERSHIP ASSETS; (3) APPROVING RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES ETC.
LA:17857055.1

# EXHIBIT 1

| Settling Judgment Debtor | Judgment Amount | Settlement Amount | Settlement Terms | Settlement Document |
|---|---|---|---|---|
| D. Betz | $58,907.37 | $12,600.00 | Paid in full. | No. |
| D. O'Donnell | $183,323.06 | $20,000.00 | Paid in full. | No. |
| **TOTAL:** | **$242,230.43** | **$32,600.00** | | |

McKenna Long & Aldridge LLP
Attorneys At Law
Los Angeles

5

[PROPOSED] ORDER (1) APPROVING FINAL REPORT AND ACCOUNTING; (2) APPROVING FINAL DISTRIBUTION OF RECEIVERSHIP ASSETS; (3) APPROVING RECEIVER'S AND PROFESSIONALS' FEES AND EXPENSES ETC.

LA:17857055.1